UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES WALTER WEBER,

                    Plaintiff,

        v.

LESLIE E. O'CONNOR, Correctional
Program Manager; CATHERINE M.
KOPOIAN, Classification Counselor
3; KEVIN BROWNE, Correctional
Unit Supervisor; and WASHINGTON
STATE DEPARTMENT OF
CORRECTIONS,

                    Defendants.

C25-2212 TSZ

ORDER

Having reviewed the Report and Recommendation, docket no. 19, of the

Honorable David W. Christel, United States Magistrate Judge, to which no objection has

been filed, the Court ORDERS:

        (1)    The Report and Recommendation, docket no. 19, is ADOPTED.

        (2)    Defendants' Motion to Dismiss, docket no. 13, is GRANTED and

Plaintiff's claims against Defendants Washington State Department of Corrections, Leslie

E. O'Connor, Catherine M. Kopoian, and Kevin Browne are DISMISSED without

prejudice.

ORDER - 1

(3)     Plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order.

(4)     This case is REFERRED back to Judge Christel for all pretrial matters.

(5)     The Clerk is directed to send a copy of this Order to all counsel of record and Judge Christel.

IT IS SO ORDERED.

Dated this 10th day of June, 2026.

Thomas S. Zilly
United States District Judge

ORDER - 2