UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES WALTER WEBER,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE E. O'CONNOR, Correctional Program Manager; CATHERINE M. KOPOIAN, Classification Counselor 3; KEVIN BROWNE, Correctional Unit Supervisor; and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | C25-2212 TSZ<br><br>ORDER |

Having reviewed the Report and Recommendation, docket no. 25, of the Honorable David W. Christel, United States Magistrate Judge, to which no objection has been filed, the Court ORDERS:

(1) The Report and Recommendation, docket no. 25, is ADOPTED.

(2) Defendants' Motion to Dismiss, docket no. 22, is DENIED with respect to Plaintiff's First Amendment retaliation claims against Defendants Catherine Kopoian and Kevin Browne and GRANTED with respect to Plaintiff's First Amendment retaliation

claim against Defendant Leslie O'Connor and to his equal protection and due process claims against all Defendants.

(3) Plaintiff's request for leave to amend is DENIED.

(4) This case is REFERRED back to Judge Christel for all pretrial matters.

(5) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 16th day of September, 2026.

Thomas S. Zilly
United States District Judge